CLERK'S COURTROOM MINUTE SHEET - CRIMINAL
PRETRIAL PROCEEDINGS

UNITED STATES OF AMERICA

vs                                         Case No.12-40119-01-JAR

ROBERT HARSHBARGER, JR.

Location: Topeka, Kansas

AUSA: Tanya Treadway
Deft. Atty.: Jeffrey Morris

_____

Judge: Robinson                      Date: 5/21/13
Deputy Clerk: Pam Patton         Court Reporter: Harris
Interpreter:                         Pretrial/Probation: Deters

_____

PROCEEDINGS

( ) Arraignment & Plea     ( ) Waiver of Indictment     (X) Felony
(X) Change of Plea        (X) Appearance            ( ) Misdemeanor

( ) Interpreter:             ( ) Appointed    ( )Sworn

(X) Constitutional Rights Explained
( ) Declines to Waive Indictment     ( )Will be Presented to Next Grand Jury
( ) Signed Waiver of Indictment       ( ) Information Filed :
( ) Signed Consent to Transfer (Rule 20)
(X) Petition to Enter Plea Filed      (X) Plea Agreement Attached (for Details See Petition)
(X) Waived Reading of:           (X) Indictment      (X) Number of Counts: 7
                                       ( ) Information ( ) Read to Defendant

(X) Previous Plea:    ( ) Guilty    (X) Not Guilty     Counts:     _1 & 3_Withdrawn
(X) Guilty                                            Counts:     _1 & 3_ Accepted
( ) Not Guilty                                      Counts:     _____

(X) Judgment Deferred (X) P.S.I. Ordered     (X) Sentencing Set for:11/4/13 at 1:30 p.m.
( ) Set for Trial:
( ) Bail: $              (X) Continued on Present Bail          ( )Remanded to Custody
( ) Pretrial Motions to be filed by:
( ) Indictment to be Dismissed on Motion of the U.S. at Sentencing.
(X) Other: Court accepts 11(c)(1)(C) plea agreement