CLERK'S COURTROOM MINUTE SHEET – CRIMINAL
SENTENCING WORKSHEET

UNITED STATES OF AMERICA,

    vs.                                                  Case No:   12-40119-01-JAR

ROBERT HARSHBARGER

                          Location: Topeka, Kansas     AUSA:   Tanya Treadway

                                                                          Deft. Atty.: Jeff Morris

_____

**Judge**:       Robinson                  **Date**:          11/4/2013

**Deputy Clerk**:  Wiest              **Tape/Reporter**:     Harris

**Interpreter**:                  **Pretrial/Probation**:  John Deters

_____

( x ) For Details of Sentence See Judgment and Commitment Order

( ) Restitution Ordered under 18:3663  $_____ on count(s) _____

                                            $_____ on count(s) _____

                                            $_____ on count(s) _____

( ) **Total Restitution**          $   848,504.34

_____

( ) Defendant Fined                 $_____ on count(s) _____

                                            $_____ on count(s) _____

                                            $_____ on count(s) _____

( ) **Total Fine**                         $  25,000.00

_____

(x) Defendant Assessed under 18:3013  $200.00          on count(s) _____

                                            $                            on count(s) _____

                                            $                            on count(s) _____

(x) **Total Assessment**           $200.00

_____

(x) Counts 2, 4-7 of the original indictment are dismissed by the court on the motion of the United States.

(x) Govt    ( x ) Deft --- Advised of Right to Appeal    (x) Vol. Surrender:_____

() Defendant Remanded to Custody                (x) Continued on Present Bond

( ) Stay of Execution    ( ) Granted    ( ) Denied

(X)  Notes:   The Court finds that the preconditions of the sentence have been met.  The Court imposes sentence on Count 1 of the indictment of 36 months imprisonment and imposes sentence on Count 3 of the indictment of 48 months, to run concurrent with Count 1.  No denial of federal benefits. Parties are advised of their respective rights to appeal.   The Court will recommend placement at the Federal Prison Camp at Maxwell Air Force Base in Alabama or a facility in Pensacola, Florida.   Defendant is remanded to custody of the US Marshal's Service.   The Government's oral motion to destroy evidence is granted.