# United States District Court
## District of Kansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Robert  Harshbarger Jr | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  5:12CR40119 - 001<br>USM Number:  22800-031<br>Defendant's Attorney:  Jeffrey D. Morris, Christina Marie DiGirolamo, Douglas B. Farquhar |

## THE DEFENDANT:

☒        pleaded guilty to count(s):  <u>1 and 3 of a 7-count Indictment</u>.

☐        pleaded nolo contendere to count(s) ___ which was accepted by the court.

☐        was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 331(a) | **Introducing Misbranded Drugs into Interstate Commerce**, a Class E Felony | 08/31/2009 | 1 |
| 18 U.S.C. § 1347 | **Health Care Fraud**, a Class C Felony | 08/31/2009 | 3 |

        The defendant is sentenced as provided in pages 1 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐        The defendant has been found not guilty on count(s) ___.

☒        Counts 2, 4, 5, 6, and 7 are dismissed on the motion of the United States.

        IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of material changes in economic circumstances.

| |
|---|
| 11/04/2013 |
| Date of Imposition of Judgment |
| |
| s/ Julie A. Robinson |
| Signature of Judge |
| |
| Honorable Julie A. Robinson, U.S. District Judge |
| Name & Title of Judge |
| |
| 11/4/13 |
| Date |

DEFENDANT:      Robert  Harshbarger Jr
CASE NUMBER:   5:12CR40119 - 001

# IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>48 months</u>.

      Count 1:   36 months imprisonment
      Count 3:   48 months imprisonment, to be served concurrently with Count 1

☒   The Court makes the following recommendations to the Bureau of Prisons:

      If eligible, the Court recommends the defendant be designated to FPC Montgomery, or to FPC Pensacola.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district.

    ☐ at ___ on ___.

    ☐ as notified by the United States Marshal.

☒   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before ___ on ___.

    ☒ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S.  Marshal

DEFENDANT:        Robert  Harshbarger Jr
CASE NUMBER:   5:12CR40119 - 001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the Schedule of Payments set forth in this Judgment.

|              | Assessment | Fine | Restitution |
|--------------|------------|------|-------------|
| Totals:      | $200       | $25,000.00 | $848,504.34 |

Counts 1 and 3:
$100 CVF assessment, each count,
for a total of $200

☐        The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒        The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| CMS-Division of Accounting (Medicare) | $464,084.34 | $464,084.34 | |
| Blue Cross and Blue Shield of Kansas | $186,826.32 | $186,826.32 | |
| Division of Health Care Finance (Medicaid) | $ 46,940.31 | $ 46,940.31 | |
| Wisconsin Physicians Services (Tricare) | $   9,776.88 | $   9,776.88 | |
| Dept. of Veterans Affairs | $140,876.49 | $140,876.49 | |
| Totals: | $848,504.34 | $848,504.34 | |

☐        Restitution amount ordered pursuant to plea agreement $___.

☐        The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth in this Judgment may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒        The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☒ the interest requirement is waived for the ☐ fine and/or ☒ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:      Robert  Harshbarger Jr
CASE NUMBER:   5:12CR40119 - 001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    ☐    Lump sum payment of $___ due immediately, balance due
             ☐ not later than ___, or
             ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B    ☒    Payment to begin immediately (may be combined with ☐ C, ☒ D, or ☒ F below); or

C    ☐    Payment in monthly installments of not less than 5% of the defendant's monthly gross household income over a period
             of ___ years to commence ___ days after the date of this judgment; or

D    ☒    Payment of not less than 10% of the funds deposited each month into the inmate's trust fund;  or

E    ☐    Payment during the term of supervised release will commence within ____ (e.g., 30 or 60 days) after release from
             imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that
             time; or

F    ☒    Special instructions regarding the payment of criminal monetary penalties:

If restitution is ordered, the Clerk, U.S. District Court, may hold and accumulate restitution payments, without distribution, until the
amount accumulated is such that the minimum distribution to any restitution victim will not be less than $25.

Payments should be made to Clerk, U.S. District Court, U.S. Courthouse - Room 259, 500 State Avenue, Kansas City, Kansas 66101.

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount Joint and Several Amount and
corresponding payee, if appropriate.

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☒    The defendant shall forfeit the defendant's interest in the following property to the United States.  Payments against any
       money judgment ordered as part of a forfeiture order should be made payable to the United States of America, c/o
       United States Attorney, Attn: Asset Forfeiture Unit, 1200 Epic Center, 301 N. Main, Wichita, Kansas 67202.

       A money judgment of $425,000.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.