AO 245B     (Rev. 09/11 - D/KS 08/12) Judgment in a Criminal Case
            Sheet 2 – Imprisonment

Judgment – Page **2** of **4**

DEFENDANT:      Robert  Harshbarger Jr
CASE NUMBER:    5:12CR40119 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of
__48 months__.

Count 1:   36 months imprisonment
Count 3:   48 months imprisonment, to be served concurrently with Count 1

☒      The Court makes the following recommendations to the Bureau of Prisons:

       If eligible, the Court recommends the defendant be designated to FPC Montgomery, or to FPC Pensacola.

☐      The defendant is remanded to the custody of the United States Marshal.

☐      The defendant shall surrender to the United States Marshal for this district.

       ☐ at ___ on ___.

       ☐ as notified by the United States Marshal.

☒      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ☐ before ___ on ___.

       ☒ as notified by the United States Marshal.

       ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __12/19/13__                    to _____

at __Pensacola, fl__                          , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S.  Marshal